AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

William G. Touret et al

V.

National Aeronautics and Space Administration et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-198T

TO: (Name and address of Defendant)

Beverly E. Ledbetter, Esq.
Vice President and General Counsel
Office of General Counsel
Brown University
P. O. Box 1913 110 South Main Street
Providence, RI 02912-1913

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. William W. Harsch, Esq.
170 Westminster Street
Suite 800
Providene, RI 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/28/04

(By) DEPUTY CLERK

2

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE May 28, 2004 |
| NAME OF SERVER *(PRINT)* Thomas Noury 41 N. Elmore Ave. P.O. Box 114026 North Providence, RI 02911 | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Pamela A. Collet Exec. Asst. Brown University General Council 110 So. Main St Providence

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40.00 | 40.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/28/04 Date

Thomas Noury
*Signature of Server*

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

*Address of Server*

U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND
2004 JUN -4 A 11:44
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.