**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WILLIAM G. TOURET, THOMAS A. BENNETT, WILLIAM G. BLACK, EILEEN F. ROSENBERG-BLACK, ANTOINETTE BREED, ALLYN COPP, RONALD A. DWIGHT, PAMELA HEXT DWIGHT, G. DALE DULGARIAN, as he is Trustee for KSD TRUST, VIRGINIA G. RIGGS, MATTHEW L. SHILLING, YVONNE G. SHILLING, and COLLEGE HILL NEIGHBORHOOD ASSOCIATION, Plaintiffs, | |
| v. | C.A. No. 04-198T |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; DEPARTMENT OF ENERGY; and BROWN UNIVERSITY, Defendants. | |

MOTION FOR ENTRY OF APPEARANCE
**PRO HAC VICE**

Plaintiffs hereby move that Peter L. Koff be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes: Complex environmental disputes involving the National Environmental Policy Act of 1969.
- Other: Pro hac vice counsel's experience in litigation involving the requirement that a full Environmental Impact Statement be prepared and other directly relevant litigation is essential to proper development and presentation of clients' case. In addition, all local firms whose members would have relevant credentials have conflicts because of the extensive ties of the defendant, Brown University, in the local legal community. This litigation requires participation by a second experienced environmental litigation attorney with relevant specialized knowledge and experience.

By: ____________________
J. William W. Harsch, Esq
Attorney for Plaintiffs

DATED: June 11, 2004

5

# ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State(s) of Massachusetts and the following federal district court bar(s) District of Massachusetts, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district:
None.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Peter L. Koff [signature]
Name

Engel + Schultz, P.C.
Firm Name

125 High Street, Suite 2601
Business Address
Boston, MA 02110

617-951-9980 Tel. # 617-951-0048 Fax #

J. William W. Harsch [signature]
Local Associate Counsel

3688
R.I. Bar ID #

J. William W. Harsch, Esq. & Associates
Firm Name

170 Westminster St
Business Address
Suite 800
Providence RI 02903

401 454 4466 Tel. # 401 351-3914 Fax #

---

**ORDER:** This motion is hereby ____________.

____________
U.S. District Judge

Date: ____________

CERTIFICATE OF SERVICE

I hereby certify that I mailed a true copy of the within to the following on this 17th day of June, 2004.

Honorable John Ashcroft
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

United States Attorney's Office
District of Rhode Island
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Paul G. Pastorek, Esq.
General Counsel
National Aeronautics and Space Administration
Office of General Counsel
300 E. St., SW
Washington, D.C. 20024-3202

Beverly E. Ledbetter
Vice President and General Counsel
Office of General Counsel
Brown University
P. O. Box 1913
Providence, RI 02912-1913

Lee Liberman Otis
General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

Dorothy [illegible]