**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

William G. Touret, et al.,
Plaintiffs

vs. CIVIL ACTION NO. CA04-198T

National Aeronautics and Space
Administration, et al.,
Defendants

**SCHEDULING ORDER**

It is hereby ordered that the Government Defendants shall produce the Administrative Record on or before July 27th, 2004.

It is further ordered that the Plaintiff may file its Motion to Supplement the Record on or before August 10th, 2004. Defendants will then have to and including August 31st, 2004 to file a Response to the Plaintiff's Motion and/or file its own Motion to Supplement the Record. If the Defendants file a Motion to Supplement the Record, the Plaintiffs will have up to and including September 14th, 2004 to file a Response to the Defendants' Motion.

By Order:

Deputy Clerk

ENTER:

Chief Judge Ernest C. Torres
date: 6/23/04

7