ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM G. TOURET, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al.,<br><br>Defendants. | CIVIL ACTION NO. 04-198T |

**DECLARATION OF EILEEN F. ROSENBERG-BLACK**

Pursuant to 28 U.S.C. § 1746 Eileen Rosenberg-Black states as follows:

1. I am a plaintiff in this action. I reside at 12 Olive Street, Providence, Rhode Island, where I have resided with my family since 1979.

2, The existing Brown University Biomedical Building is approximately 200 feet to the east of my home. The site for the proposed Life Sciences facility is located approximately 450 or so feet from our home along Olive Street, further east and next door to the Biomedical Building.

3. I have a weakened immune system resulting from the combined effects of several serious diseases and disorders for which I am now being treated, including chronic myelomonocyctic leukemia ("CMML"), which is a blood bone marrow cancer. In May 2002 I was fortunate to have a stem cell transplant procedure for this disease, which was performed at the University of Washington Medical Center in Seattle. I continue to be immunosuppressed, however, due to my post-transplant complications and medication.



10

4. In June 2003, I was told that my leukemia was in remission. In the period after the stem cell transplant, however, I was diagnosed with cGVHD, chronic graft-versus-host disease, which means that my body has recognized it has foreign (donor) cells. cGVHD can affect many different body organs, including the gut, liver, skin, lungs, eyes, and mouth. The condition is life threatening and is currently being managed with multiple medications. cGVHD is affecting my liver, skin, and mouth.

5. I also have a hip ailment. In formal terms, my hip ailment is avascular necrosis (degenerative bone disease) secondary to prednisone. In other words, my hip condition is the result of my use of prednisone, an anti-inflammatory medicine that I was prescribed after I had suffered complications from the stem cell transplant. But for the risk of infection, I would undergo a hip replacement.

6. I am presently required to take several medications, some of which include:

-- Cyclosporin, an immunosuppressant, which helps to manage cGVHD symptoms;

-- Dapsone, an antibiotic, which prevents pneumocystic pneumonia, an opportunistic infection that affects those with weakened immune systems; and

– Penicillin, an antibiotic, to prevent and treat infection.

I declare under penalty of perjury that the forgoing is true and correct. Executed on this 10th day of August 2004.

Eileen F. Rosenberg-Black

Eileen F. Rosenberg-Black