UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM G. TOURET, THOMAS A. BENNET, WILLIAM G. BLACK, EILEEN F. ROSENBERG-BLACK, ANTOINETTE BREED, ALLYN COPP, RONALD A. DWIGHT, PAMELA HEXT DWIGHT, G. DALE DULBARIAN, as he is Trustee for KSD TRUST, VIRGINIA G. RIGGS, MATTHEW L. SHILLING, YVONNE G. SHILLING, and COLLEGE HILL NEIGHBORHOOD ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL AERONATUTICS AND SPACE ADMINISTRATION; DEPARTMENT OF ENERGY; And BROWN UNIVERSITY,<br><br>Defendants. | C.A. No. 04 198T |

CERTIFICATION OF ADMINISTRATIVE RECORD

I hereby certify that I am the custodian of the U.S. Department of Energy (DOE) portion of the administrative record for the Brown University Grant Environmental Assessment, and that, to the best of my knowledge, the documents identified below that are part of the joint administrative record filed with the court by NASA constitute a true and complete copy of the DOE's administrative record in this matter.

Carson L. Nealy
Manager, Office of Technical Services
U.S. Department of Energy Chicago Office

Documents Nos. 52, 55, 58, 64-73, 75-76, 79, 81-84, 86-89, 92-94, 97-101, 104, 107-108, 111-116, 123

14

**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001
CIVIL FAX (401) 709-5017

September 1, 2004

Clerk's Office
United States District Court
Federal Building & courthouse
One Exchange Terrace
Providence, RI 02903

Attention: Frank McCabe

Re: Touret et als. v. NASA et als., C.A. 04-198T

Dear Frank:

Please substitute the enclosed original copy of the Certification of Administrative Record to the Federal Defendants' Objection to Motion to Supplement the Administrative Record filed by Robin Feder on August 31, 2004 in the above referenced case. The facsimile copy attached to this document may be destroyed.

Thank you.

Very truly yours,

ROBERT CLARK CORRENTE
United States Attorney

NANCY A. DIQUINZIO
Legal Assistant

nad

Enclosure