UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA04-198T** **DATE: November 17, 2004**

**TITLE: William Touret, et al v. NASA, et al**

**CHIEF JUDGE ERNEST C. TORRES**

**Courtroom Clerk: Dana Fernandes**

**Court Reporter: Angela Gallogy**

**For Plaintiff: Peter Koff, Esq.; J. William Harsch, Esq.**

**For Defendant: Kristen Sherman, Esq.; Joseph Avanzato, Esq.; Robin Feder, AUSA**

---

**PROCEEDINGS: Motion for Leave to Supplement the Administrative Record, Motion to Strike Certain Specific Portions of Motion response.**

**All counsel of record present. After argument and for the reasons stated in open court, both motions are denied.**

**22**