UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
AUG 10 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

WILLIAM G. TOURET, et al.,

Plaintiffs,

v.

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al.,

Defendants.

CIVIL ACTION NO. 04-198T

**PLAINTIFFS' MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Plaintiffs William G. Touret et al. move this Court for leave to supplement the certified Administrative Record, as filed with this Court on July 27, 2004, by the inclusion of the following two declarations which are being submitted as attachments to this motion:

1. Declaration of S. David Graber P.E. (15 pages); and.
2. Declaration of Eileen E. Rosenberg-Black (2 pages).

The reasons why this Court should allow supplementation of the Administrative Record are set forth in the accompanying memorandum.

The plaintiffs also notify this Court at this time that a significant number of additional documents which were part of the administrative record of defendants National Aeronautics and Space Administration ("NASA") and United States Department of Energy ("DOE"), collectively referred to as the "federal defendants," have not yet been certified by NASA and/or DOE and added to the present Administrative Record.[1] These additional documents, which were before NASA and/or DOE prior to their decisions which are the subject of this action, fall into four major groups of documents: (a) at least five documents which are attachments to documents already in the Administrative Record, but which attachments were not included; (b) four documents which the

[1]Although the plaintiffs have been orally advised that the Administrative Record as filed represents the "joint" administrative record of both NASA and DOE, the plaintiffs have not seen any written confirmation that this record has been certified by a responsible officer of DOE.

24

plaintiffs obtained in July 2004 from DOE pursuant to a Freedom of Information Act ("FOIA") request dated June 9, 2004; (c) an unknown number of additional documents which NASA was to have provided to the plaintiffs by the end of July 2004 in response to a separate FOIA request dated June 6, 2004;[2] and (d) numerous documents relating to the environmental review of Brown University's proposed Life Sciences Building which the plaintiffs obtained in the public files available at the Rhode Island Historical Preservation and Heritage Commission offices in Providence, RI.[3]

The plaintiffs have requested the federal defendants to supplement their own Administrative Record by the inclusion of these four additional groups of documents. Should the federal defendants not agree to do so, the plaintiffs reserve the right to file a supplement to this motion which would seek leave of this Court for the plaintiffs to submit these documents as a further supplement to the federal defendants Administrative Record.

Plaintiffs William G. Touret et al.,

By their attorneys,

WILLIAM W. HARSCH/Bar No. 3688
170 Westminster Street, Suite 800
Providence , RI 02903
Tel. 401-454-4466
Fax 401-351-3914

PETER L. KOFF
Massachusetts BBO #276520
Engel & Schultz, P.C.
125 High Street, Suite 2601
Boston, MA 02110
Tel. 617-951-9980
Fax 617-951-0048

Dated: August 10, 2004

---

[2]On July 15, 2004 counsel for the plaintiffs was advised by the responsible NASA attorney that the additional NASA documents which NASA has agreed to release pursuant to the FOIA request would be provided several days after the administrative record was filed with this Court.

[3]These additional documents include various applications for federal assistance; an environmental analysis form completed by Brown; draft pages of the environmental assessment; and approximately 24 letter and e-mail comments about the proposed facility which were not included in AR 123.

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August 2004, I caused a copy of the foregoing to be sent/hand-delivered, by postage prepaid mail to the following:

Robin E. Feder, Esq.
Assistant U.S. Attorney
Chief, Civil Division
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Joseph Avanzato, Esq.
Kristen W. Sherman, Esa.
ADLER POLLOCK & SHEEHAN, P.C.
2300 Financial Plaza
Providence, RI 02903-2443

Beverly E. Ledbetter, Esq.
Vice President and General Counsel
Box 1913
Brown University
Providence, RI 02912-1913

J. William W. Harsch

DENIED

Ernest C. Torres
Chief, US District Judge
11/18/04