UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WILLIAM G. TOURET, et al.,

Plaintiffs,

v.

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al.,

Defendants.

CIVIL ACTION NO. 04-198T

**PLAINTIFFS' MOTION TO STRIKE**

Plaintiffs William G. Touret, et al., move pursuant to Fed. R. Civ. P. 11(b) to strike certain of the following specific portions of the memorandum filed by Brown University ("Brown") supporting its opposition to plaintiffs' motion to supplement the administrative record:

1. The assertions on the first three pages that after "unsuccessfully trying to thwart the Project on historical preservation grounds," it is only now in this litigation that the plaintiffs have raised, for the first time, the issue of dangerous air emissions.

2. All of Part III. of the memorandum, in which Brown states that the plaintiffs could and should have raised their concerns about dangerous air emissions years ago, but chose not to do so; (2) that the plaintiffs early efforts were "centered around historical preservation issues." and it was not until April 2003 that plaintiffs first pursued the issue of air emissions; (3) that the plaintiffs could have, and should have, offered the opinion of S. David Graber, P.E. during the public review process; (4) that the plaintiffs "knowingly opted to place the health of buildings before the health of people as an initial strategy;" and (5) that the plaintiffs sat silently while Brown moved forward with construction of the building.

In support of this motion plaintiffs submit (1) the Declaration of William G. Touret; and (2) a memorandum of law.

25

Plaintiffs William G. Touret, et al.,

By their attorneys,

4275 for

WILLIAM W. HARSCH/Bar No. 3688
170 Westminster Street, Suite 800
Providence , RI 02903
Tel. 401-454-4466
Fax 401-351-3914

4275 for

PETER L. KOFF
Massachusetts BBO #276520
Engel & Schultz, P.C.
125 High Street, Suite 2601
Boston, MA 02110
Tel. 617-951-9980
Fax 617-951-0048

Dated: September 14, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of September 2004, I caused a copy of the foregoing to be sent/hand-delivered, by postage prepaid mail to the following:

Robin E. Feder, Esq.
Assistant U.S. Attorney
Chief, Civil Division
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Joseph Avanzato, Esq.
Kristen W. Sherman, Esa.
ADLER POLLOCK & SHEEHAN, P.C.
2300 Financial Plaza
Providence, RI 02903-2443

Beverly E. Ledbetter, Esq.
Vice President and General Counsel
Box 1913
Brown University
Providence, RI 02912-1913

DENIED

Ernest C. Torres
Chief, US District Judge
11/18/04