**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WILLIAM G. TOURET, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 04-198T |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al., | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL

J. William W. Harsch hereby withdraws as attorney for plaintiff William G. Touret in this action.

Dated: January 10, 2005

J. WILLIAM W. HARSCH/Bar No. 3688
170 Westminster Street, Suite 800
Providence , RI 02903
Tel. 401-454-4466
Fax 401-351-3914

28

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2005, I caused a copy of the foregoing to be sent/hand-delivered, by postage prepaid mail to the following:

William G. Touret
11South Angell Street #264
Providence, RI 02906-5206

Peter L. Koff, Esq.
130 Catboat Road
Wellfleet, MA 02667

Robin E. Feder, Esq.
Assistant U.S. Attorney
Chief, Civil Division
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Joseph Avanzato, Esq.
Kristen W. Sherman, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Beverly E. Ledbetter, Esq.
Vice President and General Counsel
Box 1913
Brown University
Providence, RI 02912-1913

[signature]