**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WILLIAM G. TOURET, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al.,<br><br>Defendants. | CIVIL ACTION NO. 04-198T |

**NOTICE OF WITHDRAWAL**

Peter L. Koff hereby withdraws as attorney for all plaintiffs in this action.

Dated: January 6, 2005

PETER L. KOFF
Massachusetts BBO #276520
130 Catboat Road
Wellfleet, MA 02667
508-349-1130
508-349-1126 (fax).

29

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2005, I caused a copy of the foregoing to be sent/hand-delivered, by postage prepaid mail to the following:

William W. Harsch, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

William G. Touret
11 South Angell Street #264
Providence, RI 02906-5206

Robin E. Feder, Esq.
Assistant U.S. Attorney
Chief, Civil Division
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Joseph Avanzato, Esq.
Kristen W. Sherman, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Beverly E. Ledbetter, Esq.
Vice President and General Counsel
Box 1913
Brown University
Providence, RI 02912-1913

William G. Touret