**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WILLIAM G. TOURET, et al., | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 04-198T |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al., | |
| Defendants. | |

**NOTICE OF APPEARANCE PRO SE**

Plaintiff William G. Touret hereby appears pro se in this action.

Dated: January 12, 2005

William Touret /pro se

WILLIAM G. TOURET
11 South Angell Street #264
Providence, RI 02906-5206
Tel. 800-345-0080
Fax 401-831-5329

30

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2005, I caused a copy of the foregoing to be sent by postage prepaid mail to the following:

William W. Harsch, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

Peter L. Koff , Esq.
130 Catboat Road
Wellfleet, MA 02667

Robin E. Feder, Esq.
Assistant U.S. Attorney
Chief, Civil Division
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Joseph Avanzato, Esq.
Kristen W. Sherman, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Beverly E. Ledbetter, Esq.
Vice President and General Counsel
Box 1913
Brown University
Providence, RI 02912-1913

William G. Touret