**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WILLIAM G. TOURET, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al.,<br><br>Defendants. | CIVIL ACTION NO. 04-198T |

## NOTICE OF FILING

PLEASE TAKE NOTICE that pursuant to Plaintiffs' Assented-To Motion to Supplement the Administrative Record dated November 12, 2004, the attached document:

Copy of E-mail message dated January 29, 2003 from Marisa Quinn (Brown University) to Lizabeth R. Montgomery (NASA) (1 page)

was filed this date with the Court.

Dated: February 10, 2005

WILLIAM G. TOURET/Pro Se
11 South Angell Street #264
Providence, RI 02906-5206
Tel. (800) 345-0080
Fax (401) 831-5329

32

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2005, I caused a copy of the foregoing to be sent by postage prepaid mail to the following:

William W. Harsch, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

Robin E. Feder, Esq.
Assistant U.S. Attorney
Chief, Civil Division
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Joseph Avanzato, Esq.
Kristen W. Sherman, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Beverly E. Ledbetter, Esq.
Vice President and General Counsel
Box 1913
Brown University
Providence, RI 02912-1913

William G. Touret

X-Sender: Marisa_Quinn@postoffice.brown.edu
Date: Wed, 29 Jan 2003 13:30:49 -0500
To: "Lizabeth R. Montgomery" <Lizabeth.R.Montgomery@nasa.gov>
From: Marisa Quinn <Marisa_Quinn@Brown.edu>
Subject: Re: Steps
X-Brown-MailScanner: Found to be clean

Beth--

Were are we on the MOA itself. you mentioned that you would get me the edited version for us to review. Thanks-

MAQ

> 1. Finalize MOA
> 2. Review of draft EA with MOA (as appendix) by NASA and DOE
> 3 Incorporate comments to EA
> 4. Prepare draft FONSI
> 5. Publish NOA of draft EA/draft FONSI with MOA (unsigned) in local papers and distribute to other interested parties.
> 6. 30 day public comment period
> 7. Finalize EA and FONSI ( incorporate comments if necessary)
> 8. Sign MOA - RISHPO, NASA, and DOE
> 9. Sign FONSI's - NASA and DOE
> 10. Publish FONSI in local papers
> 11 Issue/release the grant with MOA in terms and conditions
>
> **************************************************************
> LIZABETH R. MONTGOMERY Phone: (301) 286-0469
> Safety & Environmental Branch Fax: (301) 286-1745
> Code 205.2
> NASA's Goddard Space Flight Center
> Greenbelt, Maryland 20771
>
> Lizabeth.R.Montgomery.1@gsfc.nasa.gov
> **************************************************************

--
Marisa A. Quinn
Director
Community and Government Relations
Brown University
Campus Box 1920
Providence, RI 02912
(401) 863-1632
(401) 863-3189 (fax)