**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM G. TOURET, et al., Plaintiffs, v. NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al., Defendants. | ) | CIVIL ACTION NO. 04-198T |

**DECLARATION OF PETER L. KOFF**

Pursuant to 28 U.S.C. § 1746, Peter L. Koff states as follows:

1. I formerly served as co-counsel for the plaintiffs in this matter. A motion for leave to appear in this matter *pro hac vice* was allowed by this Court on June 28, 2004. On January 12, I filed my Notice of Withdrawal in this matter.

2. I have read Plaintiff's Motion to File Amended Complaint and the objection thereto which was filed by the Federal Defendants. I was principally responsible, on behalf of the plaintiffs, for negotiating with counsel for the Federal Defendants and Brown University an agreement that ultimately allowed the plaintiffs to submit two additional documents for inclusion in the Federal Defendants' Administrative Record by means of an assented-to motion. This Declaration is being submitted to correct the erroneous suggestions on pages 2 and 4 of the Federal Defendants' Objection which state, or at least imply, that the assented-to motion to supplement the administrative record filed on November 12, 2004 was a "negotiated settlement" precluding the plaintiffs from seeking to further supplement the administrative record at a later date.

38

3. After receipt of the voluminous additional records from the Department of Energy and the National Aeronautics and Space Administration in response to requests plaintiffs made pursuant to the Freedom of Information Act, plaintiffs identified numerous additional documents which they wanted to have added to the administrative record. Over the course of several weeks, plaintiffs and defendants, through their respective counsel, discussed whether the Federal Defendants would themselves agree to move to supplement the record and which of the new FOIA records received by the plaintiffs might so be added to their administrative record. Ultimately it was agreed that the plaintiffs would file an assented-to motion for leave to supplement the record, and that only two documents would be included, which documents were ultimately submitted to this Court, after leave was granted, on November 17, 2005.

4. At no point in these negotiations did the plaintiffs agree to waive or relinquish any future right to seek to add further documents, and I do not recall any point in the negotiations where that condition was made a part of the Federal Defendants' willingness to assent to the motion which was filed.

I declare under penalty of perjury that the forgoing is true and correct. Executed on this 2nd day of April, 2005.

[signature]
Peter L. Koff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of April, 2005, I caused a copy of the foregoing to be hand-delivered to the following:

Robin E. Feder, Esq.
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Joseph Avanzato, Esq.
Kristen W. Sherman, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Beverly E. Ledbetter, Esq.
Vice President and General Counsel
Brown University
110 South Main Street
Providence, RI 02903

William G. Touret