UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM G. TOURET, et al., | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | C.A. No. 04-198T |
| | : | |
| NASA, et al., | : | |
| | : | |
| Defendants | : | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I hereby certify that, in addition to the service of the Federal Defendants' Objection to Motion to Amend on March 14, 2005, the following additional service has been made: On the 28th day of March, 2005, I caused a copy of the Federal Defendants' Objection to Motion to Amend be forwarded, by postage prepaid mail and facsimile, to :

J. William W. Harsch, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

Joseph Avanzato, Esq.
Kristen W. Sherman, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
2300 Financial Plaza
Providence, RI 02903-2443

Beverly E. Ledbetter, Esq.
General Counsel
Office of the General Counsel
Brown University
110 South Main Street
Providence, RI

On the 11th day of April, 2005, I caused a copy of the Federal Defendants' Objection to Motion to Dismiss be forwarded, by postage prepaid mail and facsimile, to:

William G. Touret/Pro Se
11 South Angell Street, #264
Providence, RI 02906-5206

39

Additionally, on the 11th day of April, 2005, I caused a copy of the foregoing Supplemental Certificate of Service to be forwarded, by postage prepaid mail and facsimile, to:

J. William W. Harsch, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

William G. Touret/Pro Se
11 South Angell Street, #264
Providence, RI 02906-5206

Joseph Avanzato, Esq.
Kristen W. Sherman, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
2300 Financial Plaza
Providence, RI 02903-2443

Beverly E. Ledbetter, Esq.
General Counsel
Office of the General Counsel
Brown University
110 South Main Street
Providence, RI

Nancy A. DiQuinzio