# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

**CASE NUMBER:** **CA04-198T** **DATE: April 27th, 2005**

**TITLE:** **Touret, et al. v. NASA, et al.**
**JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Ryan Jackson**
**COURT REPORTER:** **Angela Reynolds**

********************************************************************************

**COUNSEL PRESENT:**

**Plaintiff:** **J. William Harsch**
**William Touret, pro se**

**Defendant:** **Joseph Avanzato**
**Robin Feder**

********************************************************************************

**PROCEEDINGS:** **Hearing on Plaintiff's Motion for Leave to File Amended Complaint**

04/27/05 All Counsel of Record present. Plaintiff (Touret) addresses Court and argues for Motion to Amend Complaint; Plaintiffs (Harsch) supports the Motion and the Argument of Mr. Touret. Court addresses. Court DENIES the Motion for Leave to File Amended Complaint. Court and parties address issue of Discovery Closure deadline. Court orders Discovery Closure Date as September 1, 2005. Orders to follow.

40