FEB 28 2005 FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

WILLIAM G. TOURET, et al.,

Plaintiffs,

v.

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al.,

Defendants.

CIVIL ACTION NO. 04-198T

**PLAINTIFFS' MOTION TO FILE AMENDED COMPLAINT**

Plaintiffs William G. Touret, et al., move this Court for an order pursuant to Rule 15(a), Fed.R.Civ.P., permitting them to file an amended complaint. A copy of the proposed amended complaint is attached to the motion.

The reasons why this Court should allow the amendment are set forth in the accompanying memorandum and declaration.

Dated: February 28, 2005

Respectfully submitted,

WILLIAM G. TOURET/Pro Se
11 South Angell Street #264
Providence, RI 02906-5206
Tel. (800) 345-0080
Fax (401) 831-5329

WILLIAM W. HARSCH/Bar No. 3688
170 Westminster Street, Suite 800
Providence, RI 02903
Tel. (401) 454-4466
Fax (401) 401-351-3914

Attorney for Plaintiffs Thomas A. Bennett, William G. Black, Eileen F. Rosenberg-Black, Antoinette Breed, Allyn Copp, Ronald A. Dwight, Pamela Hext Dwight, G. Dale Dulgarian, as he is Trustee for KSD Trust, Virginia G. Riggs, Yvonne G. Shilling, and College Hill Neighborhood Association

DENIED

Ernest C. Torres
Chief, US District Judge
4/27/05

41

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of February, 2005, I caused a copy of the foregoing to be hand-delivered to the following:

Robin E. Feder, Esq.
Assistant U.S. Attorney
Chief, Civil Division
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Joseph Avanzato, Esq.
Kristen W. Sherman, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Beverly E. Ledbetter, Esq.
Vice President and General Counsel
Brown University
110 South Main Street
Providence, RI 02903

William G. Touret