UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM G. TOURET, et al.,

Plaintiffs

v.

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al.,

Defendants.

C.A. No. 04-198T

RECEIVED
JUN 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

Plaintiffs and Defendant Brown University hereby stipulate and agree to two-week extensions of the deadlines for responding to written discovery requests. The specific deadlines to which the parties have agreed are as follows:

1. Plaintiffs have through and including June 20, 2005 to serve their responses and objections to Defendant Brown University's First Request for Production of Documents and Defendant Brown University's Interrogatories issued to each plaintiff (dated May 6, 2005).

2. Defendant Brown University has through and including July 5, 2005 to serve its responses and objections to Plaintiffs' First Set of Interrogatories to Defendant Brown University and Plaintiffs' First Request to Defendant Brown University to Produce Documents (dated May 19, 2005).

3. Defendant the National Aeronautics and Space Administration has through and including July 5, 2005 to serve its responses and objections to Plaintiffs' First Set of Interrogatories to Defendant National Aeronautics and Space Administration and Plaintiffs' First Request to Defendant National Aeronautics and Space Administration to Produce Documents (dated May 19, 2005).

4. Defendant Department of Energy has through and including July 5, 2005 to serve its responses and objections to Plaintiffs' First Set of Interrogatories to Defendant Department of Energy and Plaintiffs' First Request to Defendant Department of Energy to Produce Documents (dated May 19, 2005).

Respectfully submitted,

Plaintiff William G. Touret
Pro se

William G. Touret (Pro Se)
11 South Angell Street
Providence, RI 02906-5206
Telephone: (401) 345-0080
Fax: (401) 831-5329
Dated: _______________, 2005

Defendant Brown University
By its attorneys:

Joseph Avanzato (#4774)
Kristen W. Sherman (#5595)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Telephone: (401) 274-7200
Fax: (401) 351-4607
Dated: June 10, 2005

Plaintiffs Thomas A. Bennett, William G. Black, Eileen F. Rosenberg-Black, Antoinette Breed, Allyn Copp, Ronald A. Dwight, Pamela Hext Dwight, G. Dale Dulgarian as Trustee for KSD Trust, Virginia G. Riggs, Yvonne G. Shilling and College Hill Neighborhood Association

By their attorneys:

J. William W. Harsch (#3688)
170 Westminster Street, Suite 800
Providence, RI 02903
Telephone: (401) 454-4466
Fax: (401) 351-3914
Dated: _______________, 2005

Defendants National Aeronautics and Space Administration and Department of Energy

By their attorneys:

6/13/05
Robin E. Feder (#3415)
Assistant U.S. Attorney
Chief, Civil Division
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

ENTER

Ernest C. Torres
Chief U.S. District Judge

DATE

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the within was sent via first class mail on this 15 th day of June, 2005, to J. William Harsch, Esq., 170 Westminster Street, Suite 800, Providence, Rhode Island and Robin Feder, Esq., United States Attorney's Office, District of Rhode Island, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 and William G. Touret, 11 South Angell Street #264, Providence, Rhode Island 02906.

April M Fontaine

*335300_1.doc*