UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

WILLIAM G. TOURET, et al.,

Plaintiffs

v.

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al.,

Defendants.

C.A. No. 04-198T

**STIPULATION EXTENDING TIME TO RESPOND TO WRITTEN DISCOVERY REQUESTS**

Pursuant to Local Rule 22(a), Plaintiffs and Defendants hereby stipulate and agree as follows:

1. Defendant Brown University has through and including July 22, 2005 to serve its responses and objections to Plaintiffs' First Set of Interrogatories to Defendant Brown University and Plaintiffs' First Request to Defendant Brown University to Produce Documents (dated May 19, 2005).

2. Defendant the National Aeronautics and Space Administration has through and including July 22, 2005 to serve its responses and objections to Plaintiffs' First Set of Interrogatories to Defendant National Aeronautics and Space Administration and Plaintiffs' First Request to Defendant National Aeronautics and Space Administration to Produce Documents (dated May 19, 2005); and

3. Defendant Department of Energy has through and including July 22, 2005 to serve its responses and objections to Plaintiffs' First Set of Interrogatories to Defendant Department of Energy and Plaintiffs' First Request to Defendant Department of Energy to Produce Documents (dated May 19, 2005).

Respectfully submitted,

Plaintiff William G. Touret
Pro se

William G. Touret (Pro Se)
11 South Angell Street
Providence, RI 02906-5206
Telephone: (800) 345-0080
Fax: (401) 831-5329
Dated: July 6, 2005

Defendant Brown University
By its attorneys:

Joseph Avanzato (#4774)
Kristen W. Sherman (#5595)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Telephone: (401) 274-7200
Fax: (401) 351-4607
Dated: July 7, 2005

Plaintiffs Thomas A. Bennett, William G. Black, Eileen F. Rosenberg-Black, Antoinette Breed, Allyn Copp, Ronald A. Dwight, Pamela Hext Dwight, G. Dale Dulgarian as Trustee for KSD Trust, Virginia G. Riggs, Yvonne G. Shilling and College Hill Neighborhood Association

By their attorneys:

J. William W. Harsch (#3688)
170 Westminster Street, Suite 800
Providence, RI 02903
Telephone: (401) 454-4466
Fax: (401) 351-3914
Dated: July 6, 2005

Defendants National Aeronautics and Space Administration and Department of Energy

By their attorneys:

Robin E. Feder (#3415)
Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
July 7, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the within was sent via first class mail on this 7th day of July, 2005, to J. William Harsch, Esq., 170 Westminster Street, Suite 800, Providence, Rhode Island and Robin Feder, Esq., United States Attorney's Office, District of Rhode Island, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 and William G. Touret, 11 South Angell Street #264, Providence, Rhode Island 02906.