UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
FEB 10 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

WILLIAM G. TOURET, et al.,

Plaintiffs,

v.

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al.,

Defendants.

CIVIL ACTION NO. 04-198T

**STIPULATION TO REPLACE INCORRECTLY SUBMITTED PAGE**

IT IS HEREBY STIPUATED AND AGREED, by and between the parties by their undersigned counsel, that the attached e-mail message dated January 29, 2003 from Marisa Quinn (Brown University) to Lizabeth Montgomery (NASA) (1 page) shall replace, nunc pro tunc, the email message dated December 19, 2002 from Ann H. Clarke (NASA) to lmontgom@pop200,gsfc.nasa.gov, et al., the latter of which was attached in error to Plaintiffs' Assented to Motion to Supplement the Administrative Record, filed November 12, 2004.

Dated: January 20, 2005

WILLIAM G. TOURET/Pro Se
11 South Angell Street #264
Providence, RI 029060-5206
Tel. (800) 345-0080
Fax (401) 831-5329

ENTER:

Ernest C. Torres
Chief, U.S. District Judge

Dated: January 25, 2005

J. WILLIAM W. HARSCH/Bar No. 3688
170 Westminster Street, Suite 800
Providence, RI 02903
Tel. (401) 454-4464
Fax (401) 351-3914
Attorney for Plaintiffs Thomas A. Bennett, William G. Black, Eileen F. Rosenberg-Black, Antoinette Breed, Allyn Copp, Ronald A. Dwight, Pamela Hext Dwight, G. Dale Dulgarian, as he is Trustee for KSD Trust, Virginia G. Riggs, Yvonne G. Shilling, and College Hill Neighborhood Association

Dated: January 31, 2005

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant U.S. Attorney
Chief, Civil Division
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel. (401) 709-5000
Fax (401) 709-5017 (fax)
Attorneys for Defendants National Aeronautics and Space Administration and United States Department of Energy

[illegible]
Providence RI [illegible]
Tel. [illegible]
Fax (401) 863-1190

X-Sender: Marisa_Quinn@postoffice.brown.edu
Date: Wed, 29 Jan 2003 13:30:49 -0500
To: "Lizabeth R. Montgomery" <Lizabeth.R.Montgomery@nasa.gov>
From: Marisa Quinn <Marisa_Quinn@Brown.edu>
Subject: Re: Steps
X-Brown-MailScanner: Found to be clean

Beth--

Were are we on the MOA itself. you mentioned that you would get me the edited version for us to review. Thanks-

MAQ

> 1. Finalize MOA
> 2. Review of draft EA with MOA (as appendix) by NASA and DOE
> 3 Incorporate comments to EA
> 4. Prepare draft FONSI
> 5. Publish NOA of draft EA/draft FONSI with MOA (unsigned) in local papers and distribute to other interested parties.
> 6. 30 day public comment period
> 7. Finalize EA and FONSI ( incorporate comments if necessary)
> 8. Sign MOA - RISHPO, NASA, and DOE
> 9. Sign FONSI's - NASA and DOE
> 10. Publish FONSI in local papers
> 11 Issue/release the grant with MOA in terms and conditions
>
> ****************************************************************
> LIZABETH R. MONTGOMERY Phone: (301) 286-0469
> Safety & Environmental Branch Fax: (301) 286-1745
> Code 205.2
> NASA's Goddard Space Flight Center
> Greenbelt, Maryland 20771
>
> Lizabeth.R.Montgomery.1@gsfc.nasa.gov
> ****************************************************************

--
Marisa A. Quinn
Director
Community and Government Relations
Brown University
Campus Box 1920
Providence, RI 02912
(401) 863-1632
(401) 863-3189 (fax)