UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM G. TOURET, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al.,<br><br>Defendants. | CIVIL ACTION NO. 04-198T |

**PLAINTIFFS' MOTION TO EXTEND THE CLOSURE DATE**
**FROM SEPTEMBER 1, 2005 TO SEPTEMBER 30, 2005**

Plaintiffs hereby move for an order extending the Closure Date in this action, originally set by the Court as September 1, 2005, to and including September 30, 2005.

As grounds therefor, and as set forth in the attached declaration of plaintiff William G. Touret, late yesterday afternoon counsel for Brown University ("Brown") advised plaintiffs that photocopies of documents responsive to plaintiffs' request for production served on May 19, 2005 were available. Brown's document production was approximately 30 days overdue.

That significant delay, coupled with (a) plaintiffs' need for additional time to attempt to resolve Brown's numerous objections to plaintiffs' requests for admissions, which objections were served on plaintiffs yesterday, and (b) the previous unavailability of a non-party needed for confirmation of several material facts upon which plaintiffs' expert testimony on the motion will

depend, will prevent plaintiffs from finalizing their motion for summary judgment within the original Closure Date.

Dated: August 23, 2005

William G. Touret/Pro Se
11 South Angell Street #264
Providence, RI 02906-5206
Tel. (800) 345-0080
Fax (401) 831-5329

J. WILLIAM W. HARSCH/Bar No. 3688
170 Westminster Street, Suite 800
Providence, RI 02903
Tel. (401) 454-4466
Fax (401) 351-3914

Attorney for Plaintiffs Thomas A. Bennett, William G. Black, Eileen F. Rosenberg-Black, Antoinette Breed, Allyn Copp, Ronald A. Dwight, Pamela Hext Dwight, G. Dale Dulgarian, as he is Trustee for KSD Trust, Virginia G. Riggs, Yvonne G. Shilling, and College Hill Neighborhood Association

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23d day of August, 2005, I caused a copy of the foregoing to be hand-delivered to the following:

Robin E. Feder, Esq.
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Joseph Avanzato, Esq.
Kristen W. Sherman, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Beverly E. Ledbetter, Esq.
Vice President and General Counsel
Brown University
110 South Main Street
Providence, RI 02903

William G. Touret