UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM G. TOURET, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al.,<br><br>Defendants. | CIVIL ACTION NO. 04-198T |

**DECLARATION OF WILLIAM G. TOURET**

Pursuant to 28 U.S.C. § 1746 William G. Touret, states as follows:

1. I am a plaintiff in this action and am representing myself in a pro se capacity. I make this declaration in support of plaintiffs' motion for an order extending the original Closure Date in this action from September 1, 2005 to and including September 30, 2005.

2. By order dated May 4, 2005, this Court set a Closure Date of September 1, 2005.

3. Plaintiffs require an extension of the Closure Date in part by reason of discovery issues that have arisen with defendant Brown University ("Brown"). Brown delayed by approximately 30 days -- until yesterday -- making available documents responsive to an initial request for production that plaintiffs served on May 19, 2005. Brown's responsive documents, following two agreed-upon extensions of the original production date, were due to be made available for inspection and copying on July 22, 2005.

4. Plaintiffs' attorney Carolyn Mannis and I made several requests to Brown's attorneys in the period from July 25, 2005 onward to inspect and copy the responsive documents. Despite what we understood from Brown's attorneys to be assurances that the responsive

documents would either be made available for inspection and copying promptly or that photocopies would be made available promptly, we were advised only late yesterday afternoon that photocopies of the responsive documents were available -- approximately 30 days after they were due. We picked up those documents, apparently approximately 1,160 pages in total, only this morning, and do not expect to complete our review of them for several days. My initial review indicates that the production is incomplete.

5. The significant delay in Brown's production of those documents and our resulting inability to make a timely analysis of the adequacy of Brown's document production will prevent plaintiffs from completing the remaining aspects of plaintiffs' motion for summary judgment -- in particular the statement of undisputed facts necessary for the required discussion about the motion with opposing counsel and the anticipated subsequent conference with the Court pursuant to Paragraph 8 of the Court's May 4, 2005 order -- within the original Closure Date.

6. We also require additional time to attempt to resolve with Brown's attorneys, preferably without the need for Court intervention, numerous objections that Brown asserted to a set of requests for admissions served by plaintiffs, the responses to which requests we received yesterday.

7. Our ability to finalize our motion for summary judgment has also been impaired by the unavailability during the past several weeks of one individual, apparently by reason of the August vacation period, from whom we need to confirm necessary facts that are to be included in the motion. The facts that we need to confirm relate to issues that arose in the course of one of the two depositions of non-parties that plaintiffs conducted during the first week of this month. Confirmation of those facts in turn has delayed our finalization of the expert testimony that we plan to submit in support of the motion.

8. I spoke by telephone yesterday with Kristen W. Sherman, attorney for Brown, and by telephone today with Robin E. Feder, attorney for the federal agency defendants. Neither had made a final decision whether they would oppose this motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23d day of August, 2005.

William G. Touret/Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on the 23d day of August, 2005, I caused a copy of the foregoing to be hand-delivered to the following:

Robin E. Feder, Esq.
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Joseph Avanzato, Esq.
Kristen W. Sherman, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Beverly E. Ledbetter, Esq.
Vice President and General Counsel
Brown University
110 South Main Street
Providence, RI 02903

William G. Touret