UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

WILLIAM G. TOURET, et al.

v. CA No. 04-198-T

NASA, et al.

**ORDER DENYING PLAINTIFFS' MOTION TO EXTEND CLOSURE DATE**

Plaintiffs' motion to extend the closure date is denied for reasons set forth in the federal defendant's objection. However, the denial is without prejudice to the plaintiffs' right to seek an extension of time for filing any motion for summary judgment that may be permitted by the Court.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: September 8, 2005