UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

WILLIAM G. TOURET, et al.

v. CA No. 04-198-T

NASA, et al.

**SCHEDULING ORDER**

A conference will be held at 9:30 a.m. on October 31st, 2005, in chambers for the purpose of considering the plaintiff's request to file a motion that the case be remanded to the Agency on the ground that the Agency failed to consider material information relevant to its decision.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Sept. 19, 2005