**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

William Touret, et al.,
Plaintiffs

    v.                                  CA04-198T

NASA , et al.,
Defendants

### ORDER

Plaintiffs shall have up to and including November 21st, 2005 to file a Motion for Leave to Supplement the Record. Defendants shall have three weeks from the date of the filing of the motion to respond to the Motion for Leave to Supplement the Record.

The filing of the Plaintiffs' motion and the Defendants' response will be exempt from Amended General Order 2002-1 as to page limitations on both the memoranda filed in support of the motion and response, and the exhibits to be filed with those memoranda.

By Order:

_____
Deputy Clerk

ENTER:

_____
Chief Judge Ernest C. Torres
date: 10/31/05