AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

William G. Touret et al

APPEARANCE

v.

National Aeronautics & Space Admin. et al.

CASE NUMBER: 04-198T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Thomas A. Bennett, William G. Black, Eileen F. Rosenberg-Black, Antoinette Breed, Allyn Copp, Ronald A. Dwight, Pamela Hext Dwight, G. Dale Dulgarian, as Trustee for KSD Trust, Virginia G. Riggs, Yvonne G. Shilling & College Hill Neighborhood Assoc.

I certify that I am admitted to practice in this court.

11/17/05
*Date*

[signature]
*Signature*

Carolyn A. Mannis #4275
*Print Name* *Bar Number*

170 Westminster St. Suite 800
*Address*

PROV RI 02903
*City* *State* *Zip Code*

401-454-4466 401 351-3914
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher