# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM G. TOURET, THOMAS A. BENNETT, WILLIAM G. BLACK, EILEEN F. ROSENGERG-BLACK, ANTIONETTE BREED ALLYN COPP, RONALD A. DWIGHT, G. DALE DULGARIAN, as he is Trustee for KSD TRUST, VIRGINIA G. RIGGS, MATTHEW L. SHILLING, YVONNE G. SHILLING, and COLLEGE HILL NEIGHBORHOOD ASSOCIATION, Plaintiffs | : | |
| v. | : | C.A. No. 04-198T |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; DEPARTMENT OF ENERGY and BROWN UNIVERSITY, Defendants. | : | |

## DEFENDANTS' ASSENTED TO MOTION FOR EXTENSION OF TIME

Defendants National Aeronautics and Space Administration ("NASA"), Department of Energy ("DOE") and Brown University hereby move this Court for an order granting them an extension of time up to and including December 19, 2005 to file their opposition to Plaintiffs' Motion to Supplement the Administrative Record. The grounds for this Motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

ROBIN E. FEDER
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 709-5055
Attorney for NASA and DOE

JOSEPH AVANZATO (#4774)
KRISTEN W. SHERMAN (#5595)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel. (401) 274-7200
Fax (401) 351-4607

and

BEVERLY E. LEDBETTER, ESQ. (#2208)
General Counsel
Office of the General Counsel
Brown University
110 South Main Street
Providence, RI
Tel: (401) 863-9900
Fax: (401) 863-1199
Attorneys for Defendant Brown University

Dated: December 8, 2005

CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was hand delivered on this 8th day of December, 2005, to J. William Harsch, Esq., 170 Westminster Street, Suite 800, Providence, Rhode Island and Robin Feder, Esq., United States Attorney's Office, District of Rhode Island, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 and William G. Touret, 11 South Angell Street #264, Providence, Rhode Island 02906.

*364167_1.DOC*

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM G. TOURET, THOMAS A. BENNETT, WILLIAM G. BLACK, EILEEN F. ROSENGERG-BLACK, ANTIONETTE BREED ALLYN COPP, RONALD A. DWIGHT, G. DALE DULGARIAN, as he is Trustee for KSD TRUST, VIRGINIA G. RIGGS, MATTHEW L. SHILLING, YVONNE G. SHILLING, and COLLEGE HILL NEIGHBORHOOD ASSOCIATION, Plaintiffs | : | |
| v. | : | C.A. No. 04-198T |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; DEPARTMENT OF ENERGY and BROWN UNIVERSITY, Defendants. | : | |

**DEFENDANTS NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, DEPARTMENT OF ENERGY AND BROWN UNIVERSITY'S MEMORANDUM OF LAW IN SUPPORT OF ITS ASSENTED TO MOTION FOR EXTENSION OF TIME**

Defendants National Aeronautics and Space Administration ("NASA"), Department of Energy ("DOE") and Brown University submit this memorandum of law in support of their joint Motion for Extension of Time.

On October 31, 2005, the parties met with the Court to discuss Plaintiffs' proposed motion to supplement the administrative record. Following that conference, the Court issued an Order permitting Plaintiffs up to and including November 21, 2005 to file a Motion for Leave to Supplement the Record. Defendants were permitted three weeks (December 12, 2005) to file their opposition. On November 21, 2005, Plaintiffs filed their Motion to Supplement the Administrative

Record, a 73-page supporting memorandum of law and a binder containing 82 documents that Plaintiffs propose to add to the record.[1]

Defendants have been working diligently to prepare their opposition papers, but seek an additional week up to and including December 19, 2005, to file and serve their opposition. Aside from the sheer volume of material presented by Plaintiffs, the extension is necessitated in part by the fact that counsel for NASA and DOE has been out of the office for part of the time since November 21, 2005 due to family emergencies. In addition, counsel for Brown University has unexpectedly been called out-of-state for asbestos depositions since November 21, 2005. Plaintiffs have stated that they do not object to a one week extension. Indeed, Defendants submit that a brief extension will not prejudice or needlessly delay a resolution of the matter.

Based on the foregoing, Defendants request that the Court grant their Motion for Extension.

Respectfully submitted,

ROBIN E. FEDER
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 709-5055
Attorney for NASA and DOE

JOSEPH AVANZATO (#4774)
KRISTEN W. SHERMAN (#5595)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel. (401) 274-7200
Fax (401) 351-4607

[1] The Order exempted Plaintiffs' motion and Defendants' opposition papers from the page limits in Amended General Order 2002-1.

and

BEVERLY E. LEDBETTER, ESQ. (#2208)
General Counsel
Office of the General Counsel
Brown University
110 South Main Street
Providence, RI
Tel: (401) 863-9900
Fax: (401) 863-1199
Attorneys for Defendant Brown University

Dated: December 8, 2005

CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was hand delivered on this 8th day of December, 2005, to J. William Harsch, Esq., 170 Westminster Street, Suite 800, Providence, Rhode Island and Robin Feder, Esq., United States Attorney's Office, District of Rhode Island, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 and William G. Touret, 11 South Angell Street #264, Providence, Rhode Island 02906.

______________________________

*364148_1.DOC*