# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

WILLIAM G. TOURET, THOMAS A. BENNETT, WILLIAM G. BLACK, EILEEN F. ROSENGERG-BLACK, ANTIONETTE BREED ALLYN COPP, RONALD A. DWIGHT, G. DALE DULGARIAN, as he is Trustee for KSD TRUST, VIRGINIA G. RIGGS, MATTHEW L. SHILLING, YVONNE G. SHILLING, and COLLEGE HILL NEIGHBORHOOD ASSOCIATION,
Plaintiffs

v. C.A. No. 04-198T

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; DEPARTMENT OF ENERGY and BROWN UNIVERSITY,
Defendants.

## DEFENDANTS' ASSENTED TO MOTION FOR EXTENSION OF TIME

Defendants National Aeronautics and Space Administration ("NASA"), Department of Energy ("DOE") and Brown University hereby move this Court for an order granting them an extension of time up to and including December 19, 2005 to file their opposition to Plaintiffs' Motion to Supplement the Administrative Record. The grounds for this Motion are set forth in the accompanying memorandum of law.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
12/13/05

Respectfully submitted,
Robin E. Feder
ROBIN E. FEDER
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 709-5055
Attorney for NASA and DOE

JOSEPH AVANZATO (#4774)
KRISTEN W. SHERMAN (#5595)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel. (401) 274-7200
Fax (401) 351-4607

and

BEVERLY E. LEDBETTER, ESQ. (#2208)
General Counsel
Office of the General Counsel
Brown University
110 South Main Street
Providence, RI
Tel: (401) 863-9900
Fax: (401) 863-1199
Attorneys for Defendant Brown University

Dated: December 8, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was hand delivered on this 8th day of December, 2005, to J. William Harsch, Esq., 170 Westminster Street, Suite 800, Providence, Rhode Island and Robin Feder, Esq., United States Attorney's Office, District of Rhode Island, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 and William G. Touret, 11 South Angell Street #264, Providence, Rhode Island 02906.

*364167_1.DOC*