**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RECEIVED
DEC [illegible]
[illegible]
District of Rhode Island

WILLIAM G. TOURET, et al.,

Plaintiffs,

v.

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al.,

Defendants.

CIVIL ACTION NO. 04-198T

STIPULATION PERMITTING FILING OF CORRECTED COPY OF PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD

It is hereby stipulated and agreed, by and between the parties by their undersigned counsel, that plaintiffs may file a corrected original copy of Plaintiffs' Memorandum in Support of their Motion to Supplement the Administrative Record, in the form attached as Exhibit A, and it shall be deemed to replace, *nunc pro tunc*, the original copy of that document filed November 21, 2005.

Dated: December 2, 2005

[signature]
William G. Touret/Pro Se
11 South Angell Street #264
Providence, RI 02906-5206
Tel. (800) 345-0080
Fax (401) 831-5329

[signature]
J. WILLIAM W. HARSCH/Bar No. 3688
CAROLYN A. MANNIS/Bar No. 4275
170 Westminster Street, Suite 800
Providence, RI 02903
Tel. (401) 454-4466
Fax (401) 351-3914

Attorneys for Plaintiffs Thomas A. Bennett, William G. Black, Eileen F. Rosenberg-Black, Antoinette Breed, Allyn Copp,

ENTER:

Ernest C. Torres
12/13/05