UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM G. TOURET, et al., Plaintiffs | : | |
| v. | : | C.A. No. 04-198T |
| NASA, et al., Defendants | : | |

**FEDERAL DEFENDANTS' MOTION FOR LEAVE TO FILE BRIEF INSTANTER**

The Federal defendants, NASA and the United States Department of Energy, hereby move for leave to file its objection and memorandum to plaintiffs' second motion for leave to supplement the administrative record one day out of time, instanter, for the reasons set forth in the attached memorandum.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of December, 2005, I caused a copy of the foregoing to be forwarded, by postage prepaid mail, to :

J. William W. Harsch, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

Joseph Avanzato, Esq.
Kristen W. Sherman, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
2300 Financial Plaza
Providence, RI 02903-2443

William Touret
11 South Angell Street, #264
Providence, RI 02906-5206

Beverly E. Ledbetter, Esq.
General Counsel
Office of the General Counsel
Brown University
110 South Main Street
Providence, RI

Nancy A. DeQuinzio

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM G. TOURET, et al.,<br>Plaintiffs<br><br>v.<br><br>NASA, et al.,<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 04-198T |

**MEMORANDUM IN SUPPORT OF FEDERAL DEFENDANTS' MOTION FOR LEAVE TO FILE BRIEF INSTANTER**

In support of the motion of the Federal defendants', NASA and the United States Department of Energy (DOE), for leave to file its objection to plaintiffs' second motion for leave to supplement the administrative record and supporting memorandum on December 20, 2005, one day late, the Federal defendants assert the following:

The said objection and memorandum were timely completed on December 19, 2005, the day the objection was due, and were placed with the office clerk for filing. However, the objection and memorandum were inadvertantly omitted from the Court run.

WHEREFORE, the Federal defendants, NASA and DOE seek leave to file their objection and memorandum one day out of time, instanter.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of December, 2005, I caused a copy of the foregoing to be forwarded, by postage prepaid mail, to :

J. William W. Harsch, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

Joseph Avanzato, Esq.
Kristen W. Sherman, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
2300 Financial Plaza
Providence, RI 02903-2443

William Touret
11 South Angell Street, #264
Providence, RI 02906-5206

Beverly E. Ledbetter, Esq.
General Counsel
Office of the General Counsel
Brown University
110 South Main Street
Providence, RI

[signature]