UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
DEC 2 0 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

WILLIAM G. TOURET, et al.,
Plaintiffs

v. C.A. No. 04-198T

NASA, et al.,
Defendants

**FEDERAL DEFENDANTS' MOTION FOR LEAVE TO FILE BRIEF INSTANTER**

The Federal defendants, NASA and the United States Department of Energy, hereby move for leave to file its objection and memorandum to plaintiffs' second motion for leave to supplement the administrative record one day out of time, instanter, for the reasons set forth in the attached memorandum.

GRANTED
Ernest C. Torres
Chief, US District Judge
12/22/05

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of December, 2005, I caused a copy of the foregoing to be forwarded, by postage prepaid mail, to :

J. William W. Harsch, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

Joseph Avanzato, Esq.
Kristen W. Sherman, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
2300 Financial Plaza
Providence, RI 02903-2443

William Touret
11 South Angell Street, #264
Providence, RI 02906-5206

Beverly E. Ledbetter, Esq.
General Counsel
Office of the General Counsel
Brown University
110 South Main Street
Providence, RI

Nancy A. DiQuinzio