**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

WILLIAM G. TOURET, et al.,

Plaintiffs,

v.

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al.,

Defendants.

CIVIL ACTION NO. 04-198T

**PLAINTIFFS'**
**MOTION FOR LEAVE TO JOIN IN**
**PENDING MOTION AND OBJECTIONS, *INSTANTER***

Plaintiffs Thomas A. Bennett, William G. Black, Eileen F. Rosenberg-Black, Antoinette Breed, Allyn Copp, Ronald A. Dwight, Pamela Hext Dwight, G. Dale Dulgarian, as he is Trustee for KSD Trust, Virginia G. Riggs, Yvonne G. Shilling, and College Hill Neighborhood Association move this Court for leave to join in the motion by plaintiff William G. Touret, dated November 21, 2005, to supplement the Administrative Record and the memorandum filed on the same date in support thereof; and (b) the objections filed December 1, 2005 by plaintiff William G. Touret to the order dated November 21, 2005 by United States Magistrate Judge David L. Martin, denying plaintiffs' motion for an order pursuant to Fed.R.Civ.P. 37(a)(2) compelling defendant Brown University to answer plaintiffs' First Set of Requests for Admissions, and the memorandum filed on the same date in support thereof, *instanter*, for the reasons set forth in the attached memorandum.

Plaintiffs have conferred with defendants on this matter. Defendants Brown University, National Aeronautics and Space Administration and U.S. Dept. of Energy have no objection to the granting of this motion.

Dated: January 9, 2006

Respectfully submitted,

J. WILLIAM W. HARSCH/Bar No. 3688
CAROLYN A. MANNIS/Bar No. 4275
170 Westminster Street, Suite 800
Providence, RI 02903
Tel. (401) 454-4466
Fax (401) 351-3914

Attorneys for Plaintiffs Thomas A. Bennett, William G. Black, Eileen F. Rosenberg-Black, Antoinette Breed, Allyn Copp, Ronald A. Dwight, Pamela Hext Dwight, G. Dale Dulgarian, as he is Trustee for KSD Trust, Virginia G. Riggs, Yvonne G. Shilling, and College Hill Neighborhood Association

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January, 2006, I caused a copy of the foregoing to be forwarded, by postage prepaid mail, to:

Robin E. Feder, Esq.
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Beverly E. Ledbetter, Esq.
Vice President and General Counsel
Brown University
Box 1913
Providence, RI 02912-1913

Joseph Avanzato, Esq.
Kristen W. Sherman, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

William G. Touret
11 South Angell Street #264
Providence, RI 02906-5206

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM G. TOURET, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 04-198T |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al., | ) | |
| Defendants. | ) | |

**PLAINTIFFS'**
**MEMORANDUM IN SUPPORT OF THEIR**
**MOTION FOR LEAVE TO JOIN IN PENDING**
**MOTION AND OBJECTIONS, *INSTANTER***

In support of their motion for leave to join in the pending motion and objections, plaintiffs Thomas A. Bennett, William G. Black, Eileen F. Rosenberg-Black, Antoinette Breed, Allyn Copp, Ronald A. Dwight, Pamela Hext Dwight, G. Dale Dulgarian, as he is Trustee for KSD Trust, Virginia G. Riggs, Yvonne G. Shilling, and College Hill Neighborhood Association (the "non-*pro se* plaintiffs") state that on January 6, 2006, a member of the Clerk's Office advised their counsel, attorney Carolyn A. Mannis of the Office of J. William W. Harsch, that several documents previously filed with the Court had not been properly signed by her office. Those documents were: (a) the motion by plaintiff William G. Touret, dated November 21, 2005, to supplement the Administrative Record and the memorandum of the same date filed in support thereof; and (b) the objections filed December 1, 2005 by plaintiff William G. Touret to the order dated November 21, 2005 by United States Magistrate Judge David L. Martin, denying

plaintiffs' motion for an order pursuant to Fed.R.Civ.P. 37(a)(2), compelling defendant Brown University to answer plaintiffs' First Set of Requests for Admissions, and the memorandum of the same date filed in support thereof.[1] This Court has scheduled argument for the motion and objections for February 17, 2006.

According the clerk, the signatures did not comply with this Court's local rules because plaintiff William G. Touret, who is proceeding *pro se*, had -- in addition to signing the above-referenced documents individually -- signed the papers on behalf of counsel for the non-*pro se* plaintiffs. Counsel for the non-*pro se* plaintiffs had intended to join in the motion and objections and had participated in the preparation of the above documents. Furthermore, Ms. Mannis participated in the November 17, 2005 oral argument before Magistrate Judge Martin on plaintiffs' Rule 37 motion that is the subject of the pending objections, and participated in the October 31, 2005 conference before this Court at which the Court granted plaintiffs permission to make the pending motion to supplement the Administrative Record.

Plaintiff William G. Touret, who is appearing *pro se*, is a member of the bar of this state and of this Court. Counsel for the non-*pro se* plaintiffs had expressly authorized his signing of their names in each such instance at issue here, to avoid possible delay in the filing of those documents with the Court. Neither Mr. Touret nor the non-*pro se* plaintiffs' counsel realized that Mr. Touret could not properly sign the above documents on behalf of counsel for the non-*pro se* plaintiffs.

Insofar as the non-compliance with this Court's local rules was inadvertent and did not result in any prejudice to opposing counsel, and the documents in question indicated clearly the intention of the non-*pro se* plaintiffs that the motion and objections were to be joint motions by

---

[1] Plaintiffs' underlying Rule 37 motion, supporting memorandum, and reply contained the same signature deficiency.

Mr. Touret and the non-*pro se* plaintiffs, the non-*pro se* plaintiffs respectfully request that the Court accordingly grant their motion to join in the above motion and objections, *instanter*.[2]

Dated: January 9, 2006

Respectfully submitted,

J. WILLIAM W. HARSCH/Bar No. 3688
CAROLYN A. MANNIS/Bar No. 4275
170 Westminster Street, Suite 800
Providence, RI 02903
Tel. (401) 454-4466
Fax (401) 351-3914

Attorneys for Plaintiffs Thomas A. Bennett, William G. Black, Eileen F. Rosenberg-Black, Antoinette Breed, Allyn Copp, Ronald A. Dwight, Pamela Hext Dwight, G. Dale Dulgarian, as he is Trustee for KSD Trust, Virginia G. Riggs, Yvonne G. Shilling, and College Hill Neighborhood Association

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January, 2006, I caused a copy of the foregoing to be forwarded, by postage prepaid mail, to:

Robin E. Feder, Esq.
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Beverly E. Ledbetter, Esq.
Vice President and General Counsel
Brown University
Box 1913
Providence, RI 02912-1913

Joseph Avanzato, Esq.
Kristen W. Sherman, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

William G. Touret
11 South Angell Street #264
Providence, RI 02906-5206

2 Fed.R.Civ.P. 11(a) and 26(g) require that omitted signatures be corrected promptly after being called to the attention of the attorney or party.