FILED
JAN 09 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WILLIAM G. TOURET, et al., | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 04-198T |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al., | |
| Defendants. | |

**PLAINTIFFS'**
**MOTION FOR LEAVE TO JOIN IN**
**PENDING MOTION AND OBJECTIONS, *INSTANTER***

Plaintiffs Thomas A. Bennett, William G. Black, Eileen F. Rosenberg-Black, Antoinette Breed, Allyn Copp, Ronald A. Dwight, Pamela Hext Dwight, G. Dale Dulgarian, as he is Trustee for KSD Trust, Virginia G. Riggs, Yvonne G. Shilling, and College Hill Neighborhood Association move this Court for leave to join in the motion by plaintiff William G. Touret, dated November 21, 2005, to supplement the Administrative Record and the memorandum filed on the same date in support thereof; and (b) the objections filed December 1, 2005 by plaintiff William G. Touret to the order dated November 21, 2005 by United States Magistrate Judge David L. Martin, denying plaintiffs' motion for an order pursuant to Fed.R.Civ.P. 37(a)(2) compelling defendant Brown University to answer plaintiffs' First Set of Requests for Admissions, and the memorandum filed on the same date in support thereof, *instanter*, for the reasons set forth in the attached memorandum.

Plaintiffs have conferred with defendants on this matter. Defendants Brown University, National Aeronautics and Space Administration and U.S. Dept. of Energy have no objection to the granting of this motion.

Dated: January 9, 2006

Respectfully submitted,

J. WILLIAM W. HARSCH/Bar No. 3688
CAROLYN A. MANNIS/Bar No. 4275
170 Westminster Street, Suite 800
Providence, RI 02903
Tel. (401) 454-4466
Fax (401) 351-3914

Attorneys for Plaintiffs Thomas A. Bennett, William G. Black, Eileen F. Rosenberg-Black, Antoinette Breed, Allyn Copp, Ronald A. Dwight, Pamela Hext Dwight, G. Dale Dulgarian, as he is Trustee for KSD Trust, Virginia G. Riggs, Yvonne G. Shilling, and College Hill Neighborhood Association

GRANTED
Ernest C. Torres
Chief, US District Judge
1/31/06

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January, 2006, I caused a copy of the foregoing to be forwarded, by postage prepaid mail, to:

Robin E. Feder, Esq.
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Beverly E. Ledbetter, Esq.
Vice President and General Counsel
Brown University
Box 1913
Providence, RI 02912-1913

Joseph Avanzato, Esq.
Kristen W. Sherman, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

William G. Touret
11 South Angell Street #264
Providence, RI 02906-5206