UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

WILLIAM G. TOURET, et al.

v. CA No. 04-198-T

NATIONAL AERONAUTICS AND SPACE
ADMINISTRATION, UNITED STATES
DEPARTMENT OF ENERGY, and
BROWN UNIVERSITY

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD**

The plaintiff' Motion to Supplement the Administrative Record is hereby GRANTED in part and DENIED in part as follows:

1. The motion is granted as to Document No. 1 in the Appendix to the plaintiffs' motion.

2. The motion is denied as to document Nos. 43-49 except that these documents will be considered as extrinsic evidence in connection with the plaintiffs' appeal.

3. The motion is denied as to all remaining documents.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 2/23 , 2006