UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND


WILLIAM G. TOURET, et al.

                    v.                      CA No. 04-198-T

NATIONAL AERONAUTICS AND SPACE
ADMINISTRATION, UNITED STATES
DEPARTMENT OF ENERGY, and BROWN
UNIVERSITY


## SCHEDULING ORDER

It is hereby ORDERED that:

1.   Plaintiffs' brief shall be due no later than April 3,
     2006.

2.   Defendants' brief shall be due no later than 45 days
     after the plaintiffs' brief is filed.

3.   Plaintiffs' may file a reply brief no later than 10 days
     after the defendants' brief is filed.

All briefs shall comply with the applicable page limits set
forth in the attached appendix.



                              By Order


                              _____
                              Deputy Clerk


ENTER:

_____
Ernest C. Torres
Chief Judge

Date: 2/28           , 2006

**Appendix A - Page Limits**

Unless otherwise permitted, by the Court, for good cause shown, documents filed in support of or in opposition to any motion or appeal shall not exceed the following page limits:

1. Memoranda of Law. A memorandum of law in support of or in opposition to a motion shall not exceed ten (10) pages; provided, however, that memoranda in support of or in opposition to motions to dismiss, motions for summary judgment, a magistrate judge's Report and Recommendation, a bankruptcy appeal or an administrative appeal shall not exceed twenty (20) pages. Reply memoranda may not exceed five (5) pages.

2. Statements of Undisputed Fact. Statements of undisputed facts relating to motions for summary judgment shall not exceed ten (10) pages.

3. Appendices, Exhibits and Other Supporting Documents. Except as provided in paragraph 4, appendices, exhibits and any other documents whatsoever, regardless of how they are denominated, shall not exceed ten (10) pages in the aggregate; or, in the case of a motion for summary judgment, twenty (20) pages in addition to any statement of undisputed facts.

4. Exceptions to Page Limitations. The page limitations on memoranda shall apply in all cases. The page limitations on appendices, exhibits and other supporting documents shall not apply to:

   a. The record in:
      i.   Bankruptcy appeals
      ii.  Cases alleging wrongful denial of ERISA benefits
      iii. Administrative appeals, including, but not limited to Social Security appeals and IDEA appeals
      iv.  Any other case involving an appeal from an administrative body in which the Court is required to review the entire record or a substantial portion of the record of the proceeding below.

   b. Discovery documents submitted with a motion to compel discovery to the extent necessary to inform the Court of the requests and responses that were made.

   c. Transcripts of court proceedings submitted in connection with prisoner petitions pursuant to 28 U.S.C. §§ 2241, 2254 and/or § 2255.

   d. Exhibit Lists, Copies of Exhibits, Requested Jury Instructions and any Other Documents Required to be Filed in Connection with Pretrial Memoranda.

scheduling order jury case
December 14, 2005