UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM G. TOURET, et al., Plaintiffs | : | |
| v. | : | C.A. No. 04-198T |
| NASA, et al., Defendants | : | |

**DEFENDANTS' MOTION TO AMEND THE COURT'S ORDER OF FEBRUARY 23, 2006**

Defendants NASA, the United States Department of Energy and Brown University move to amend the Court's order of February 23, 2006, for the reasons set forth in the attached memorandum. Plaintiffs do not object to this motion.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

United States Attorney

JOSEPH AVANZATO, Esq.
KRISTEN W. SHERMAN, Esq.
Attorneys for Defendant
Brown University
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
(401) 351-4607

ROBIN E. FEDER
Assistant U.S. Attorney
Attorneys for Defendants NASA and
Department of Energy
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of March, 2006, I caused a copy of the foregoing to be forwarded, by postage prepaid mail, to :

J. William W. Harsch, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

William Touret
11 South Angell Street, #264
Providence, RI 02906-5206

Beverly E. Ledbetter, Esq.
General Counsel
Office of the General Counsel
Brown University
110 South Main Street
Providence, RI 02903

Valarie Lonstal
_______________________________

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM G. TOURET, et al., Plaintiffs | : | |
| v. | : | C.A. No. 04-198T |
| NASA, et al., Defendants | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO AMEND THE COURT'S ORDER OF FEBRUARY 23, 2006**

In support of their motion to amend the Court's order of February 23, 2006, defendants NASA, the United States Department of Energy and Brown University, assert the following: During the hearing before the Court on February 17, 2006, on plaintiffs' motion to supplement the Administrative Record, the Court indicated that it intended to allow the parties to reference Document 1 in the Appendix to the plaintiffs' motion to supplement. At that time, the Court also indicated that it was understood that the parties would also be allowed to reference Federal defendants' Exhibit D to its objection to the motion to supplement the record. Exhibit D is an email dated July 5, 2003, explaining why Document 1 was not included in the Administrative Record. A copy of Exhibit D is attached.

However, the Court's order, dated February 23, 2006, does not make reference to Federal defendants' Exhibit D. Accordingly, all defendants respectfully request the Court to amend its order of February 23, 2006. Specifically, defendants request that the Court amend paragraph 1

of the order to read as follows:

> 1. The motion is granted as to Document No. 1 in the Appendix to the plaintiffs' motion and as to Exhibit D in the Federal defendants' objection.

Plaintiffs do not object to this motion.

WHEREFORE, defendants respectfully request that the Court amend its February 23, 2006, order to allow the parties to reference federal defendants' Exhibit D.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

JOSEPH AVANZATO, Esq.
KRISTEN W. SHERMAN, Esq.
Attorneys for Defendant
Brown University
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
(401) 351-4607

ROBIN E. FEDER
Assistant U.S. Attorney
Attorneys for Defendants NASA and
Department of Energy
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of March, 2006, I caused a copy of the foregoing to be forwarded, by postage prepaid mail, to :

J. William W. Harsch, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

William Touret
11 South Angell Street, #264
Providence, RI 02906-5206

Beverly E. Ledbetter, Esq.
General Counsel
Office of the General Counsel
Brown University
110 South Main Street
Providence, RI 02903

Valarie Lanctot
______________________________

Date: Sat, 05 Jul 2003 08:31:30 -0400
From: "Swartz, Lucy L" <SwartzL@BATTELLE.ORG>
Subject: One more thing
To: "'marisa_quinn@brown.edu'" <marisa_quinn@brown.edu>,
"'peter.siebach@ch.doe.gov'" <peter.siebach@ch.doe.gov>,
"'Lizabeth.R.Montgomery@nasa.gov'" <Lizabeth.R.Montgomery@nasa.gov>
X-Mailer: Internet Mail Service (5.5.2655.55)

Hi again:

Remember that I said I was going to include a table that Henry Huppert had sent me that shows the emissions for each compound for 2001? After talking with Henry, we decided that was a bad idea. It suggests a level of precision that isn't there. What Henry does (and he can explain it better) is that every year he takes an inventory of the stuff in the labs – he knows what came in and he knows what's left, and he assumes everything else went out the stack. But that's not necessarily true. It could still be in beakers, for example. Since the numbers are all an estimate, it seemed better not to use them.

It's amazing the things I remember in the middle of the night!

Lucy

Lucinda Low Swartz
Battelle Memorial Institute
Telephone: 301/933-4668
Facsimile: 301/933-6796
Email: SwartzL@battelle.org

5545A