UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

WILLIAM G. TOURET, et al.,
Plaintiffs

v. C.A. No. 04-198T

NASA, et al.,
Defendants

## DEFENDANTS' MOTION TO AMEND THE COURT'S ORDER OF FEBRUARY 23, 2006

Defendants NASA, the United States Department of Energy and Brown University move to amend the Court's order of February 23, 2006, for the reasons set forth in the attached memorandum. Plaintiffs do not object to this motion.

GRANTED
Ernest C. Torres
Chief, US District Judge
3/27/06

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

United States Attorney

JOSEPH AVANZATO, Esq.
KRISTEN W. SHERMAN, Esq.
Attorneys for Defendant
Brown University
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
(401) 351-4607

ROBIN E. FEDER
Assistant U.S. Attorney
Attorneys for Defendants NASA and
Department of Energy
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of March, 2006, I caused a copy of the foregoing to be forwarded, by postage prepaid mail, to :

J. William W. Harsch, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

William Touret
11 South Angell Street, #264
Providence, RI 02906-5206

Beverly E. Ledbetter, Esq.
General Counsel
Office of the General Counsel
Brown University
110 South Main Street
Providence, RI 02903

Valare Lamtel
_______________________________