ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WILLIAM G. TOURET, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al.,<br><br>Defendants. | CIVIL ACTION NO. 04-198T |

**SUGGESTION OF DEATH UPON THE RECORD**
**PURSUANT TO FED.R.CIV.P. 25(a)(2)**

Plaintiffs Thomas A. Bennett, William G. Black, Antoinette Breed, Allyn Copp, Ronald A. Dwight, Pamela Hext Dwight, G. Dale Dulgarian, as he is Trustee for KSD Trust, Virginia G. Riggs, Yvonne G. Shilling, and College Hill Neighborhood Association (hereinafter collectively referred to as the "College Hill" Plaintiffs) suggest upon the record, pursuant to Fed.R.Civ.P. 25(a)(2), the death of co-plaintiff Eileen F. Roseberg-Black during the pendency of this action.

Dated: April 18, 2006

College Hill Plaintiffs
By their Attorneys:

J. WILLIAM W. HARSCH/Bar No. 3688
CAROLYN A. MANNIS/Bar No. 4275
170 Westminster Street, Suite 800
Providence, RI 02903
Tel. (401) 454-4466
Fax (401) 351-3914

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2006, I caused a copy of the foregoing to be sent by first class mail, postage prepaid, to the following:

Robin E. Feder, Esq.
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Beverly E. Ledbetter, Esq.
Vice President and General Counsel
Brown University
110 South Main Street
Providence, RI 02912-1913

Joseph Avanzato, Esq.
Kristen W. Sherman, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

William G. Touret
11 South Angell Street #264
Providence, RI 02906-5206