UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM G. TOURET, et al., Plaintiffs | : | |
| v. | : | C.A. No. 04-198T |
| NASA, et al., Defendants | : | |

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of May 2006, I caused a copy of Federal Defendants' Memorandum in Support of their Objection to Plaintiff Touret's Brief and Federal Defendants' Memorandum in Support of Objection to Plaintiff College Hill Plaintiffs' Brief to be forwarded, by postage prepaid mail, to:

Mr. William G. Touret
11 South Angell Street, #264
Providence, RI 02906-5206

J. William W. Harsch, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

Joseph Avanzato, Esq.
Kristen W. Sherman, Esq
ADLER POLLOCK & SHEEHAN, P.C.
2300 Financial Plaza
Providence, RI 02903-2443

Nancy A. DiLorenzo

I hereby certify that on the 22nd day of May 2006, I caused a copy of Federal Defendants' Memorandum in Support of their Objection to Plaintiff Touret's Brief and Federal Defendants' Memorandum in Support of Objection to Plaintiff College Hill Plaintiffs' Brief to be forwarded, by postage prepaid mail, to:

Mr. William G. Touret
11 South Angell Street, #264
Providence, RI 02906-5206

Nancy A. DiLorenzo