UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM G. TOURET, et al., Plaintiffs | : | |
| v. | : | C.A. No. 04-198T |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION , et al., Defendants | : | |

**FEDERAL DEFENDANTS' MOTION TO POSTPONE EVIDENTIARY HEARING**

Federal defendants, National Aeronautics and Space Administration and the United States Department of Energy (the federal defendants), by their undersigned attorneys, hereby request that the Court enter an order rescheduling the Evidentiary Hearing presently scheduled for November 28, 2006 until a date in early January, 2007. In support of this Motion, defendants state as follows:

1. Since this case was first filed on May 21, 2004, Assistant United States Attorney Robin E. Feder, has represented the federal defendants.

2. Ms. Feder left this office on November 9, 2006, to become an Immigration Judge.

3. This matter has now been re-assigned to Assistant United States Attorney Anthony C. DiGioia. New counsel will need considerable time to familiarize himself with this litigation, the available evidence that can be offered with respect to the five issues raised in the Court's Order, and all the arguments made by the parties in connection with the issues currently before the Court.

4. In addition to his usual duties, newly assigned counsel is also responsible for litigating numerous other cases that were transferred to him upon Ms. Feder's departure from this

office.

5. The Federal Defendants further request that the Court schedule a chambers' conference on this case at the Court's earliest convenience.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Anthony C. DiGioia
ANTHONY C. DIGIOIA, #2495
Assistant U.S. Attorney
Chief, Civil Division
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: anthony.digioia@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2006, I caused to be electronically filed Federal Defendants; Motion to Postpone Evidentiary Hearing, with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant(s) has received notice electronically:

Joseph Avanzato, Esq.
Kristen W. Sherman, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
2300 Financial Plaza
Providence, RI 02903-2443

I hereby certify that on this 20th day of November, 2006, a copy of the Federal Defendants' Motion to Postpone Evidentiary Hearing was sent by regular mail, to:

J. William W. Harsch, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

William Touret, Esq.
11 South Angell Street, #264
Providence, RI 02906-5206

______Beverly E. Ledbetter, Esq.
______General Counsel
______Office of the General Counsel
Brown University
______110 South Main Street
______Providence, RI ____________________________________

/s/Anthony C. DiGioia
ANTHONY C. DIGIOIA #2495
Assistant U.S. Attorney
Chief, Civil Division
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
Email: anthony.digioia@usdoj.gov