UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM G. TOURET, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 04-198T |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al., | ) | |
| Defendants. | ) | |

**COLLEGE HILL PLAINTIFFS' MOTION TO CONTINUE EVIDENTIARY HEARING**

Plaintiffs Thomas A. Bennett, William G. Black, Antoinette Breed, Allyn Copp, Ronald A. Dwight, Pamela Hext Dwight, G. Dale Dulgarian, as he is Trustee for KSD Trust, Virginia G. Riggs, Yvonne G. Shilling, and College Hill Neighborhood Association (hereinafter collectively referred to as the "College Hill" Plaintiffs) by their undersigned attorney, hereby request that this Honorable Court enter an order rescheduling the Evidentiary Hearing originally scheduled for November 28, 2006 and then postponed to December 8, 2006. In support of this Motion, College Hill Plaintiffs state:

1. Carolyn A. Mannis, attorney for College Hill Plaintiffs is also the Assistant Town Solicitor for the Town of Jamestown.

2. As part of her responsibilities as Assistant Town Solicitor for Jamestown, Attorney Mannis prosecutes all the Town's misdemeanor cases in Newport County on Fridays. She is the only attorney who prosecutes these cases for Jamestown.

3. The matter of State ex rel. Jamestown v. Joseph Gabriele (C.A. No. 21-2006-01987) is presently scheduled for trial on December 8, 2006 before Judge Patricia Moore in Newport County.

4. The Town has two witnesses including a police officer and Richard Minogue the Supervisor of the Breath Analysis/Instrumentation Program scheduled to testify at trial.

5. We are unaware of how many witnesses, if any the defendant has scheduled to testify at trial.

6. The College Hill Plaintiffs concur with the Federal Defendants that a chambers' conference on this case may prove beneficial prior to proceeding on the evidentiary hearing.

Wherefore, the College Hill Plaintiffs respectfully requests that this Honorable Court enter an Order rescheduling the hearing presently scheduled for December 8, 2006.

Dated: November 22, 2006

College Hill Plaintiffs
By their Attorneys:

CAROLYN A. MANNIS/Bar No. 4275
170 Westminster Street, Suite 800
Providence, RI 02903
Tel. (401) 454-4466
Fax (401) 351-3914

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November, 2006, I caused a copy of the foregoing to be sent by first class mail, postage prepaid, to the following:

Anthony C. DiGioia, Esq.
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Beverly E. Ledbetter, Esq.
Vice President and General Counsel
Brown University
110 South Main Street
Providence, RI 02912-1913

Joseph Avanzato, Esq.
Kristen W. Sherman, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

William G. Touret
11 South Angell Street #264
Providence, RI 02906-5206