UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM G. TOURET, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | C.A. No. 04-198T |
| | ) | |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR CONTINUANCE OF EVIDENTIARY HEARING**

Defendant Brown University hereby moves this Court for a continuance of the evidentiary hearing that is currently scheduled for January 8, 2007. The reasons and bases for this motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

BROWN UNIVERSITY
By its Attorneys:

*/s/ Joseph Avanzato*
JOSEPH AVANZATO #4774
javanzato@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

Date: December 15, 2006

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of December 2006, I sent a true copy of the within Motion for Continuance of Evidentiary Hearing by electronic means (ECF) to Anthony C. DiGioia, Esq., Assistant U.S. Attorney, Chief, Civil Division, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

The undersigned hereby certifies that on this 15th day of December, 2006, a true copy of the within Motion for Continuance of Evidentiary Hearing was sent by regular mail to Carolyn A. Mannis, Esq. and J. William W. Harsch, Esq., 170 Westminster Street, Suite 800, Providence, RI 02903, and to William Touret, Esq., 11 South Angell Street, #264, Providence, RI 02906-5206.

/s/ Joseph Avanzato

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM G. TOURET, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | C.A. No. 04-198T |
| | ) | |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF**
**MOTION FOR CONTINUANCE OF EVIDENTIARY HEARING**

Defendant Brown University respectfully submits this memorandum of law in support of its motion for a continuance of the evidentiary hearing that is currently scheduled for January 8, 2007.

Brown University respectfully requests that the evidentiary hearing be re-scheduled to the week of January 22, 2007. The reason for this request arises from the winter break at Brown University, which will last until January 22, 2007. Some of the witnesses who may testify at the evidentiary hearing also have faculty responsibilities at Brown University. Such individuals have long-standing plans for the winter break. This circumstance makes it extremely difficult for such witnesses to have time to prepare for the evidentiary hearing on January 8, 2007.

Accordingly, Brown University respectfully requests that the Court continue the evidentiary hearing to the week of January 22, 2007.

Respectfully submitted,

BROWN UNIVERSITY
By its Attorneys:

*/s/ Joseph Avanzato*
JOSEPH AVANZATO #4774
javanzato@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

Date: December 15, 2006

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of December 2006, I sent a true copy of the within Memorandum of Law in Support of Motion for Continuance of Evidentiary Hearing by electronic means (ECF) to Anthony C. DiGioia, Esq., Assistant U.S. Attorney, Chief, Civil Division, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

The undersigned hereby certifies that on this 15th day of December, 2006, a true copy of the within Memorandum of Law in Support of Motion for Continuance of Evidentiary Hearing was sent by regular mail to Carolyn A. Mannis, Esq. and J. William W. Harsch, Esq., 170 Westminster Street, Suite 800, Providence, RI 02903, and to William Touret, Esq., 11 South Angell Street, #264, Providence, RI 02906-5206.

/s/ Joseph Avanzato

*402577_1*