AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

William G. Touret, et al. V. NASA, et al.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA04-198T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | William G. Touret, Carolyn Mannis | Joseph Avanzato, Kristen Sherman, Anthony DeGioia |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/8/07 | Debra Lajoie | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/8/07 | | | W-1, Peter Shank |
| 1 | | 1/8/07 | X | FULL | Application for Federal Assistance dated February 2000. |
| 2 | | 1/8/07 | X | FULL | Application for Federal Assistance dated January 2001. |
| | | | | | W-2, Thomas Wunderlich |
| 3 | | | X | | The Impact of the Life Sciences Building and 70 Ship Street |
| | | 1/8/07 | | | W-3, Richard Spies |
| | | 1/8/07 | | | W-4, Patrice Brewington |
| | | 1/8/07 | | | W-5, Norman Hebert |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.