UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM G. TOURET, et al., Plaintiffs | : | |
| V. | : | C.A. NO. 04-198T |
| NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al. Defendants | : | |

**NOTICE OF ENTRY OF APPEARANCE**

I hereby enter my appearance as substitute counsel for Defendants, National Aeronautics and Space Administration and Department of Energy, in the above matter. Assistant United States Attorney Anthony C. DiGioia, who was previously assigned this matter, has retired.

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti

MICHAEL P. IANNOTTI, #2919
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: michael.iannotti@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2007, I caused to be electronically filed Notice of entry of Appearance, with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant(s) has received notice electronically:

Joseph Avanzato, Esq.
Kristen W. Sherman, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
2300 Financial Plaza
Providence, RI 02903-2443

I hereby certify that on this 7th day of February, 2007, a copy of the Notice of Entry of Appearance was sent by regular mail, to:

J. William W. Harsch, Esq.
170 Westminster Street, Suite 800
Providence, RI 02903

William Touret, Esq.
11 South Angell Street, #264
Providence, RI 02906-5206

______Beverly E. Ledbetter, Esq.
______General Counsel
______Office of the General Counsel
Brown University
______110 South Main Street
______Providence, RI ________________________________

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI, #2919
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: michael.iannotti@usdoj.gov