ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WILLIAM G. TOURET, et al.,<br><br>Plaintiffs<br><br>v.<br><br>NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, et al.,<br><br>Defendants | CIVIL ACTION NO. 04-198T |

## NOTICE OF WITHDRAWAL

J. William W. Harsch hereby withdraws as attorney for plaintiffs Thomas A. Bennett, William G. Black, Antoinette Breed, Allyn Copp, Ronald A. Dwight, Pamela Hext Dwight, G. Dale Dulgarian, Virginia G. Riggs, Yvonne G. Shilling, and College Hill Neighborhood Association in this action.

Dated: February 12, 2007

J. WILLIAM W. HARSCH/Bar No. 3688
170 Westminster Street, Suite 800
Providence, RI 02903
Tel. 401-454-4466
Fax 401-351-3914

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of February, 2007, I caused a copy of the foregoing to be sent by first-class mail, postage prepaid, to the following:

William G. Touret
11 South Angell Street #264
Providence, RI 02906-5206

Carolyn A. Mannis, Esq.
128 Dorrance Street, Suite 400
Providence, RI 02903

Michael P. Iannotti, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Joseph Avanzato, Esq.
Kristen W. Sherman, Esa.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Beverly E. Ledbetter, Esq.
Vice President and General Counsel
Box 1913
Brown University
Providence, RI 02912-1913