**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WILLIAM G. TOURET, ET AL.,
Plaintiffs

vs. C.A. No. 04-198T

NATIONAL AERONAUTICS AND SPACE
ADMINISTRATION, ET AL.,
Defendants

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to this Court's Memorandum of Decision dated April 26, 2007, Judgment hereby enters in favor of the Defendants National Aeronautics and Space Administration, et al. against Plaintiffs William G. Touret, et al.

Enter:

Deputy Clerk

Dated: April 26th, 2007